UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| Brian Dalton; New England Firearms Academy, Inc.; John Troisi; Big Jack's Auto Service and Towing, on behalf of themselves and a class of similarly situated persons, <br><br> Plaintiffs, <br> v. <br><br> Yvonne Hao, in her official capacity as Secretary of Economic Development, Massachusetts Growth Capital Corporation, and Lawrence D. Andrews, in his official capacity as President and CEO of Massachusetts Growth Capital Corporation, <br><br> Defendants. | C.A. No. 1:23-cv-11216-WGY |

**UNOPPOSED MOTION TO RE-OPEN CASE**

Plaintiffs Brian Dalton; New England Firearms Academy, Inc.; John Troisi; and Big Jack's Auto Service and Towing hereby respectfully move to re-open the above captioned matter, so that the Court may accept Plaintiffs' notice of voluntary dismissal.

Defendants do not oppose this motion.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(A)(2)**

Undersigned counsel certifies that counsel have met and conferred in good faith and the Defendants do not oppose this motion.

1

DATED: September 22, 2023.

                Respectfully submitted,

                PACIFIC LEGAL FOUNDATION

                By: */s/ Jonathan M. Houghton*
                JONATHAN M. HOUGHTON
                (BBO 641688)
                3100 Clarendon Blvd., Suite 1000
                Arlington, VA 22201
                Telephone: (202) 888-6881
                JHoughton@pacificlegal.org

                ANDREW R. QUINIO*
                JOSHUA P. THOMPSON*
                555 Capitol Mall, Suite 1290
                Sacramento, California 95814
                Telephone: (916) 419-7111
                AQuinio@pacificlegal.org
                JThompson@pacificlegal.org

                *Attorneys for Plaintiffs*
                **Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Jonathan M. Houghton, hereby certify that on September 22, 2023, I caused the foregoing Motion to be electronically filed with the Clerk of Court, using the CM/ECF system. The foregoing Motion was served by the CM/ECF system on all counsel of record.

*/s/ JONATHAN M. HOUGHTON*
JONATHAN M. HOUGHTON
(BBO 641688)